# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JOSE ESPINOZA, | ) | |
| RUTH ESPINOZA, | ) | |
| AND ATTACHED LIST OF CASES | ) | NO. 11-18983 et al. |
| | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

**AGREED SUBSTITUTION OF ATTORNEY**
_____

**PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, ATTORNEY JAMES J. HALLER currently with the Sulaiman Law Group Ltd. hereby agrees that ATTORNEY JOSEPH DAVIDSON of the Sulaiman Law Group Ltd. hereby substitutes in and appears as counsel for Debtor(s) listed above and in the attached list of cases and JAMES J. HALLER currently of the Sulaiman Law Group Ltd. withdraws his appearance from the case above and in the attached list of cases and the parties agree as follows:**

| COUNSEL SUBSTITUTING AND APPEARING: | COUNSEL WITHDRAWING: |
|---|---|
| Joseph Davidson | James J. Haller |
| Sulaiman Law Group Ltd. | Sulaiman Law Group Ltd. |
| 2500 South Highland Avenue | 2500 South Highland Avenue |
| Suite 200 | Suite 200 |
| Lombard, IL 60148 | Lombard, IL 60148 |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

**AGREED TO BY BOTH PARTIES:**

**/s/ Joseph Davidson**                                    **/s/ James J. Haller**

Dated: September 8, 2017                          Respectfully Submitted,

/s/ Joseph Davidson
Joseph Davidson
Counsel for Debtor
Sulaiman Law Group, LTD
2500 South Highland Ave, Suite 200
Lombard, IL 60148
Phone (630)575-8181
Fax: (630)575-8188

# LIST OF CASES IN WHICH JOSEPH DAVIDSON IS SUBSTITUTING FOR JAMES J. HALLER AND FOR WHICH JAMES J. HALLER IS WITHDRAWING AS COUNSEL

| | | |
|---|---|---|
| 11-18983 | Jose Espinoza and Ruth Espinoza | 13 |
| 11-38853 | Brian McCarthy | 13 |
| 11-39108 | Paul Fredericks and Juliane Fredericks | 13 |
| 11-43875 | Regina Casto | 13 |
| 11-46556 | Robert S Perry | 13 |
| 12-04632 | Jener Mendoza and Eriberta Mendoza | 7 |
| 12-04961 | Joe Porcelli | 13 |
| 12-14200 | Nadirshah Hussain | 13 |
| 12-20655 | Blanca Estela Figueroa | 13 |
| 12-20664 | James O'Connor and Marianne O'Connor | 13 |
| 12-25213 | Carmella Farrell | 13 |
| 12-35499 | David Braun and Mary Braun | 13 |
| 12-36618 | Bruce S Fraser and Catherine Fraser | 13 |
| 12-42033 | Ulrik C. Holck and Melissa A. Holck | 13 |
| 12-43070 | Linda Lee Mullikin | 13 |
| 12-44186 | Robert Dykes | 13 |
| 12-45613 | Mustafa Farooqi and Ruhi Farooqi | 7 |
| 12-49929 | Kenneth J. Dangman, III and Nicole Dangman | 13 |
| 12-50692 | Jason Dennis Crowley and Jennifer Joy Crowley | 13 |
| 12-82474 | Jeffrey L. Mamola and Diane Mamola | 13 |
| 12-82938 | James J. Brausen | 13 |
| 13-03941 | Anthony Benjamin Clark and Maria Vida Clark | 13 |

| | | |
|---|---|---|
| 13-03950 | Harish Ananthapadmanabhan and Shruti Selvaraj Harish | 13 |
| 13-03953 | Matthew Copot | 13 |
| 13-08868 | Nabil Z Abadeer | 11 |
| 13-09597 | Leonardo Monroy and Karen M. Monroy | 13 |
| 13-18510 | Nayna Byers | 13 |
| 13-22945 | Daniel Montano and Rosa Montano | 13 |
| 13-23001 | Kenneth Hamilton | 13 |
| 13-23850 | Eby Chacko | 13 |
| 13-25441 | Robert Fox and Sandra Fox | 13 |
| 13-26280 | Derrick D. Stinson | 13 |
| 13-27983 | Janie C Burmeister | 13 |
| 13-30729 | Charles F. Gilbert and Sandra D. Gilbert | 13 |
| 13-34863 | Diane Jean Pontarelli | 13 |
| 13-36429 | Nicole Emanet | 13 |
| 13-36430 | Sandra C. Gamperl-Handlon | 13 |
| 13-39415 | Donald Rosales Abuy and Estrella Domingo Abuy | 13 |
| 13-40462 | George Andrew Floyd | 13 |
| 13-40648 | Dennis Francis McAllister and Nora Joyce McAllister | 13 |
| 13-40655 | Steven C Crowley | 13 |
| 13-40659 | Diana Weaver | 7 |
| 13-42860 | Robert Edwin Gast and Christina Rose Gast | 13 |
| 13-43034 | Kimberly Michelle White | 13 |
| 13-44218 | Reginald Vernell Tillman and Sherri C Tillman | 13 |

| Case No. | Debtor(s) | Chapter |
|---|---|---|
| 13-45233 | Matthew Michael Lo Cascio and Melissa Suzanne Lo Cascio | 13 |
| 13-46552 | Gary H Ford and Marilyn Ellen Ford | 13 |
| 13-48193 | Thomas Edward Henciek and Rocio A. Henciek | 13 |
| 13-83378 | John E. Kraus and Margaret A. Johnson | 13 |
| 14-01196 | Dina A. Anis | 13 |
| 14-01967 | Paul Malik and Elizabeth A Malik | 13 |
| 14-02968 | George P. Baird and Karen L. Baird | 13 |
| 14-05892 | Jennifer Bartolome | 13 |
| 14-06339 | Andrew S. Apgar | 13 |
| 14-07157 | Nancy Renee Brown | 13 |
| 14-07864 | Anthony R Maitland and Eva G Maitland | 13 |
| 14-08490 | William Timothy McNeely and Patricia Ann McNeely | 7 |
| 14-08913 | Hector M. Saenz, Jr. | 13 |
| 14-10640 | Clayton C. Bonham, Jr. and Cynthia S. Bonham | 13 |
| 14-11995 | Michael David Bowman | 13 |
| 14-14592 | Luis Perales and Cynthia Perales | 13 |
| 14-16472 | Robert H Murdock and Willa E. Murdock | 7 |
| 14-16478 | Arnold Lee Einbinder and Deanna Sydne Einbinder | 13 |
| 14-18642 | Mohammad Khurram Mozaffar and Ahmereen Azim Khan | 13 |
| 14-19044 | Carolyn M. Giannelli | 13 |
| 14-22443 | Milan Maslic and Jennifer Karoline Maslic | 13 |
| 14-23665 | Michelle Kamide | 13 |

| | | |
|---|---|---|
| 14-25714 | Patrick Joseph Hayes and Susana Schwengber Hayes | 13 |
| 14-25911 | Scott A. Clifford and Heather M. Clifford | 13 |
| 14-26250 | Michael John Breslin and Doreen Lynn Breslin | 13 |
| 14-27578 | Joseph R. Pihl and Carol J. Pihl | 13 |
| 14-28278 | Mobashar Ayaz | 13 |
| 14-28280 | Brandy Nicole Crump | 13 |
| 14-30839 | Vladimir Barov and Rosa Barov | 13 |
| 14-30840 | John Robert Ligay and Patricia Nora Ligay | 13 |
| 14-31499 | Eric Lawrence Pedersen | 13 |
| 14-31501 | Stanislav Borysek and Margaret Eva Borysek | 13 |
| 14-31508 | Anthony Guido | 13 |
| 14-32441 | Lechevalier De Humphrey | 13 |
| 14-32674 | Lorenzo Keys | 13 |
| 14-33888 | Thomas W. Turk | 13 |
| 14-34912 | Jerry Jordan | 13 |
| 14-36655 | Thomas G Riggio, Jr. | 7 |
| 14-38687 | Richard R Rolinskas and Shari E Rolinskas | 13 |
| 14-38688 | Lawrence M Booth | 13 |
| 14-39683 | James P. Murray and Rebecca M Murray | 13 |
| 14-39792 | Andria N. Narvaez | 13 |
| 14-39800 | Giuseppe Enea and Maria Enea | 13 |
| 14-42970 | Michael Joseph Bednar | 13 |
| 14-42973 | Zachary Robert Cotton | 13 |
| 14-43520 | Troy Robert Jewell | 13 |

| | | |
|---|---|---|
| 14-44765 | Jessica Jaimes | 13 |
| 14-45925 | Corazon Heras | 13 |
| 14-80422 | Nadine Frances Govic | 13 |
| 14-82724 | Anthony John Lasorso | 13 |
| 14-83140 | Nigel H. Lambert | 13 |
| 15-00999 | Karen A. Wheet | 13 |
| 15-02781 | Runez Bender | 13 |
| 15-03329 | Jozef Maka and Zofia Maka | 13 |
| 15-04032 | Steven A Graunke | 13 |
| 15-04237 | Kevin L. Krizizke and Cindy B. Krizizke | 13 |
| 15-04847 | Maria Y Hernandez | 13 |
| 15-05527 | Brian Stevens | 13 |
| 15-07211 | Carolyn Marie Barnhardt | 13 |
| 15-07365 | Theresa Ann White-Price | 13 |
| 15-07507 | Alberto F Salgado | 13 |
| 15-09538 | Kathleen Virginia Padula | 13 |
| 15-10147 | Nathan M. Johnson | 7 |
| 15-10568 | Sharon Elizabeth Brinkman | 13 |
| 15-11754 | Anthony L England | 13 |
| 15-11772 | Bradley Blaine Sandona | 13 |
| 15-12058 | John M. Gibbelina | 7 |
| 15-12387 | Laura M. Bellino | 13 |
| 15-14354 | Stephen Brad Carter | 7 |
| 15-15500 | John William Bovenzo and Susan Bovenzo | 13 |
| 15-15725 | Shaun Manning and Tracy Manning | 13 |
| 15-17336 | Teresa Jo Jacobsen | 13 |

| | | |
|---|---|---|
| 15-18776 | Andy Peter Kinne and Bari Elizabeth Kinne | 13 |
| 15-18778 | Tony B Smith | 13 |
| 15-19002 | Kevin Patrick McCormick | 13 |
| 15-19234 | Robert Darwell Allen | 13 |
| 15-19654 | Loretta Ann Burnette | 13 |
| 15-20280 | Kevin Scott Johnson | 13 |
| 15-21351 | Michael Joseph Zita | 13 |
| 15-22416 | Michael A Hood | 13 |
| 15-24039 | Janet Lynne Baehr | 13 |
| 15-25351 | Tomiko E Mahone | 13 |
| 15-25354 | Maria Isabel Benitez | 13 |
| 15-25700 | Syed A. Ishaq | 13 |
| 15-26402 | Edgar V. Aldana | 13 |
| 15-26403 | Eulalio Gonzalez and Hilda R Gonzalez | 13 |
| 15-26409 | Sahar Mustafah | 13 |
| 15-26561 | Thomas Alan Gluzinski | 13 |
| 15-28240 | King Hudson, Jr. and Inola Delcine Hudson | 7 |
| 15-30355 | Aubrey Ann Crawford | 13 |
| 15-30730 | Andrew Scott Hahn | 13 |
| 15-31221 | David Charles Habecker, II | 13 |
| 15-31647 | Veronica Denise Maise | 13 |
| 15-31953 | Frank Gonzalez and Zoraida Gonzalez | 13 |
| 15-32626 | Leroy Frazier, Jr | 13 |
| 15-32738 | Jefferson Johnson Letang and Annette Marie Letang | 13 |
| 15-34413 | Victor Manuel Corral and Maria Elsa Corral | 13 |

| Case | Name | Ch. |
|---|---|---|
| 15-34418 | Carolyn Day | 13 |
| 15-34864 | Chandra Medlin | 13 |
| 15-35330 | Steven David Jaros and June Marie Jaros | 13 |
| 15-35715 | Teresa Ann Anderson | 13 |
| 15-36537 | Angel Kawar | 7 |
| 15-36544 | Carlissa Yvette Gordon | 13 |
| 15-36699 | David Dahlbach | 13 |
| 15-36715 | Robert Kevin Maxwell | 13 |
| 15-37276 | Phyllis A. DeSalvo | 13 |
| 15-37278 | Stephen E Chatman | 13 |
| 15-37280 | Daniel Hevrdejs and Rachael A. Hevrdejs | 13 |
| 15-37450 | Kyle Petrovic-Kinzy | 7 |
| 15-38216 | Norman S. Dillard | 13 |
| 15-39169 | Cornelius M. Downey | 13 |
| 15-39783 | Anthony D. Hollinger | 13 |
| 15-40748 | Kirk D James | 7 |
| 15-40764 | Catherine M. Douglas | 13 |
| 15-40783 | Wilbert Neal and Alicia Neal | 13 |
| 15-40796 | Mirza Ali Askar and Narjis Ali Askar | 13 |
| 15-41068 | Katie M Lindsey | 13 |
| 15-41774 | Lamart Clay | 13 |
| 15-42599 | Robert J Baker and Annette L Baker | 13 |
| 15-42602 | Christina M. Johnson | 13 |
| 15-42604 | Geoffrey Laurence Gephart and Janelle Marie Gephart | 13 |
| 15-43226 | Premal Bathia and Namrata Bathia | 7 |
| 15-43256 | Raymond C Freundt | 7 |

| | | |
|---|---|---|
| 15-43767 | Geraldine Grabador Magante | 13 |
| 15-43777 | William G Lucas | 13 |
| 15-80241 | Steve Robert Becker and Linda Louise Becker | 13 |
| 15-81581 | Brian Joseph Alshanski and Jennifer Anne Alshanski | 13 |
| 15-82766 | Martin Raymond Hewes | 7 |
| 15-83123 | Vincent Bonner | 13 |
| 15-83198 | Gerard M. Collins | 13 |
| 16-00331 | Mary E. Iverson | 13 |
| 16-00548 | Gluzinski v. Illinois Department Of Revenue | *Lead BK:* 15-26561 Thomas Alan Gluzinski |
| 16-00667 | Wesolek et al v. Hardman | *Lead BK:* 16-30419 Stuart Graeme Hardman |
| 16-00741 | Ashcraft v. Hardman | *Lead BK:* 16-30419 Stuart Graeme Hardman |
| 16-02057 | Walter P. Fox and Mary V. Fox | 13 |
| 16-02842 | Eric L. Cottrell and Nancy Cottrell | 7 |
| 16-02863 | Robert Thomas Canty and Sharon Mae Canty | 13 |
| 16-02930 | Patricia Ann Borchardt | 13 |
| 16-02932 | Bette Ann Cianciarulo | 7 |
| 16-02933 | Eric John Loenneke and Shelly Marie Loenneke | 7 |
| 16-03228 | Jennifer Cain | 13 |
| 16-03644 | Juan G Morales and Leticia Morales | 13 |
| 16-03996 | Thomas M Finnigan | 7 |
| 16-04071 | James W Henryson | 13 |
| 16-05084 | James Alexander Saadi | 13 |
| 16-05781 | Andres Cerda and Vanessa Villa-Cerda | 7 |

| | | | |
|---|---|---|---|
| 16-05784 | Rahila Moeenuddin | 7 | |
| 16-06385 | Luis Carlos Elizondo and Perla Ramirez | 13 | |
| 16-06886 | DeAndra L Green | 13 | |
| 16-06932 | Ellawease Earls | 13 | |
| 16-06936 | Ivan Mendoza | 13 | |
| 16-06972 | Roy Bernard Mansker and Monique Terez Mansker | 13 | |
| 16-06974 | James Moy Eng and Diane S Eng | 13 | |
| 16-06989 | Lisa Kovacik | 7 | |
| 16-06991 | Ferdinant Mema | 7 | |
| 16-06995 | Noe B Santiago and Arlene B Santiago | 7 | |
| 16-07304 | Peter Thomas Pagett and Eva Marie Pagett | 7 | |
| 16-08648 | Brian M Benavides | 13 | |
| 16-08752 | Gerald Edward Tomaszewski | 7 | |
| 16-09245 | Leonard R Gargas | 13 | |
| 16-09618 | Nickolas J Zitko | 13 | |
| 16-10223 | Kimberly A Hayes | 13 | |
| 16-10227 | Hassen Addel Haleem | 13 | |
| 16-10229 | Sharon K Hrycyk | 13 | |
| 16-10230 | James William Jaffe | 13 | |
| 16-10231 | Reyes Juan Sanjuanero and Claudia Sanjuanero | 13 | |
| 16-10379 | Jorge L. Palomar | 13 | |
| 16-11318 | Lori A Kidd | 7 | |
| 16-12283 | Michael J Adams and Pamela Adams | 13 | |
| 16-12516 | Ronald Morales | 7 | |
| 16-12649 | Darrel D Hunter and Sheena M. Straughter | 13 | |

| Case | Name | Chapter |
|---|---|---|
| 16-12654 | Jeffrey Gerald Gosse and Monique Marie Gosse | 13 |
| 16-14014 | Soon Ok Choi | 13 |
| 16-14844 | Jesus A Delgado and Jeanette M Delgado | 7 |
| 16-14863 | Tanveer A Khan | 13 |
| 16-14869 | Stephen Christopher Musich | 7 |
| 16-16522 | James W Lemanski | 13 |
| 16-16834 | Jennifer Marie Luna | 13 |
| 16-16837 | Laura Rivera | 13 |
| 16-17316 | Mark Anthony Staniszewski and Colleen Marie Staniszewski | 13 |
| 16-17494 | Karmin J Neal-Young | 13 |
| 16-18164 | Marc A Brown | 7 |
| 16-18176 | Cynthia M Jackson | 13 |
| 16-19708 | Frank W. Wiencek | 13 |
| 16-19710 | Kenneth Charles McMillan and Frances McMillan | 13 |
| 16-20860 | Gregory R Pitts | 13 |
| 16-20862 | Wylie S Rogers and Leah J Rogers | 13 |
| 16-21169 | James F Lessard | 13 |
| 16-21421 | Jennifer Karen Kristoffersen | 13 |
| 16-21422 | Patrick Shaun Kennedy and Laura Christine Sparks- Kennedy | 13 |
| 16-21442 | Jose Ramon Cosme | 13 |
| 16-23687 | Mark V Verhunce | 13 |
| 16-23840 | Anthony Dames and Grace Dames | 13 |
| 16-23843 | Brent Moss Bodine and Sandra Lyn Bodine | 7 |
| 16-23849 | Gregory M Bishop | 7 |

| | | |
|---|---|---|
| 16-23890 | Sharon Cabrera- Puyot | 13 |
| 16-24543 | Demetrio John Hernandez | 13 |
| 16-24557 | Kathy S. Gluzinski | 13 |
| 16-24559 | Samuel Gaines, Jr. | 13 |
| 16-24561 | Lorraine Moment | 7 |
| 16-24565 | John Travis Davis | 7 |
| 16-24611 | Tammy Terell Evans | 7 |
| 16-25734 | Juan J Zenteno | 13 |
| 16-28123 | Rodney Lowell McIntyre | 7 |
| 16-28126 | Bradley William Gronke and Vanessa Lynne Gronke | 7 |
| 16-28129 | Christopher J Svoboda | 7 |
| 16-28154 | Linda S Micou | 7 |
| 16-30418 | Robert Hamelin | 13 |
| 16-30781 | Duane Edward McNichol | 13 |
| 16-31386 | Frank J. James | 13 |
| 16-31456 | Pedro DeLaTorre, Jr. | 7 |
| 16-32467 | Joseph Paul Dombkowski | 13 |
| 16-34741 | Almir Bosnic | 7 |
| 16-34745 | Derrick Charles Dawson | 7 |
| 16-34748 | Thomas Robert Niemczewski | 7 |
| 16-34862 | Aquiles R Fernandez and Maricela Fernandez | 13 |
| 16-36093 | Lee Michael Fell | 13 |
| 16-36105 | Carolyn Day | 13 |
| 16-36747 | Bryan Edwards and Marsha Allen-Edwards | 13 |
| 16-37900 | Eric Bryant and Lisa Bryant | 13 |
| 16-37923 | Rodd Kurtis Winscott and Christine Merry Winscott | 13 |

| | | | |
|---|---|---|---|
| 16-37939 | Calvin Louis Carrington | 13 | |
| 16-38210 | Mark Lawrence Wallen | 13 | |
| 16-39536 | Frank Posa and Barbara Posa | 13 | |
| 16-39944 | Keith Petrino Maise | 13 | |
| 16-40869 | Jeffrey Desmond Mensah | 13 | |
| 16-40871 | James Phillip Rome | 13 | |
| 16-40877 | Maria D. Ponce | 13 | |
| 16-40878 | Alejandra Zaragoza | 13 | |
| 16-80485 | Michael A Carter | 7 | |
| 16-80959 | Michael Joseph Giglio and Mary Lynne Giglio | 13 | |
| 16-81466 | David Thomas Francis and Patricia Ann Francis | 13 | |
| 16-82330 | Anthony John Lasorso | 13 | |
| 16-82573 | James Paul Johnson | 13 | |
| 17-00255 | Borysek et al v. Preckwinkle et al | *Lead BK:* 14-31501 Stanislav Borysek and Margaret Eva Borysek | |
| 17-00423 | Gregory A Tomczyk | 13 | |
| 17-00433 | Manuel Gonzalez | 13 | |
| 17-01512 | Jonathan Eric Bradley | 7 | |
| 17-02748 | Brenda M Vymola | 13 | |
| 17-02777 | Mary E Dietmeyer | 7 | |
| 17-03441 | Larry D Hall | 13 | |
| 17-04410 | Yvette K Lofton | 13 | |
| 17-04864 | Wisal A Hajyasin | 13 | |
| 17-06404 | Thomas W. Turk | 13 | |
| 17-06860 | Hiyam H Abdeljabbar | 7 | |
| 17-10172 | Robert E Borre | 7 | |
| 17-10428 | Jeanette Lissette Santana | 13 | |

| | | |
|---|---|---|
| 17-10432 | Stephen David Brown | 13 |
| 17-10433 | Michael Antonio Curry and Debra Susan Curry | 13 |
| 17-11814 | Jeannine Mars | 7 |
| 17-15683 | Najeh Abuawad | 7 |
| 17-16158 | Renato Garcia and Welma Garcia | 7 |
| 17-16835 | David Del Pilar | 13 |
| 17-17583 | Hyo Y No | 13 |
| 17-19526 | Brian C Guinter | 13 |
| 17-22132 | Eric Gerrald Fowler and Chanelle LaTrice Fowler | 7 |
| 17-24637 | Rehana Khalid | 13 |
| 17-80239 | Kathryn Juliann Cielak | 13 |
| 17-80396 | Joseph A Nowakowski | 13 |